UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL AND TINA BRANDENBURG, | § § | |
| Plaintiff, | § § | CAUSE NO. 4:16-CV-00052 |
| v. | § § § | |
| CONN APPLIANCES, INC., | § § | |
| Defendant. | § § | |

## ORDER ON STIPULATION TO ARBITRATION

On this day, the Court considered the parties' Stipulation to Arbitration. The Court, having reviewed the Stipulation on file, is of the opinion that it should be GRANTED. It is, therefore:

ORDERED that this case is stayed pending the completion of arbitration.

The parties are instructed to notify the Court when this case is ready to proceed.

**IT IS SO ORDERED.**
 SIGNED this 24th day of May, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE